IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:19-cr-81 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| JAMES BARCLAY, | : | |
| Defendant. | : | |

## ORDER GRANTING MOTION TO DISMISS THE SUPERSEDING INFORMATION AND INDICTMENT AGAINST DEFENDANT JAMES BARCLAY

This matter is before the Court on the Unopposed Motion to Dismiss the Superseding Information and Original Indictment (Doc. 150), as against Defendant James Barclay. Also before the Court is a letter submitted by Defendant Barclay (Doc. 152).

In the interests of justice, the Court **VACATES** Defendant Barclay's previously entered guilty plea, **REJECTS** Defendant Barclay's plea agreement, and **GRANTS** the unopposed motion to dismiss the charging documents against Defendant Barclay. Accordingly, the Court **DISMISSES WITH PREJUDICE** the Indictment and Superseding Information against Defendant Barclay.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *Matthew W. McFarland*
JUDGE MATTHEW W. McFARLAND